UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED - SJ-PR
USBC '18 SEP 5 AM 10:36

IN RE.:

Jaime Perez Hernandez,

    DEBTOR.

CASE NO. 18-04368-MCF

CHAPTER 13

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COMES NOW**, FFI Holdings, Puerto Rico, LLC ("FFI Holdings"), through the undersigned attorneys, and very respectfully STATES and PRAYS as follows,

(1) FFI Holdings Puerto Rico, Inc. ("FFI"), d/b/a La Familia Pawn Shop, is a creditor in the captioned bankruptcy proceeding. Specifically, at present date Debtor has an outstanding auto title loan with FFI in the amount of $500.00. This loan is secured by a lien in favor of FFI on Debtor's vehicle Nissan Sentra. Moreover, the loan is currently in default.

(2) Please be advised that pursuant to Section 541(b)(8) of the U.S. Bankruptcy Code, 11 U.S.C. § 541(b)(8), and in accordance with Puerto Rico Act 23-2011 (as amended), the title to the Vehicle passed by operation of law to FFI and is **not** property of Debtor's bankruptcy estate; as such, the automatic stay provided in Section 362 of the Bankruptcy Code does not apply, and FFI is free to repossess and sell the Vehicle.

**WHEREFORE**, the appearing party respectfully requests that this Honorable Court take notice of the aforementioned.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 30 day of August, 2018.

I hereby certify that on this date a true and exact copy of the foregoing document has been filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the entities or persons registered in the system.

Javier Perez *La Familia Pawn shop*
1200 Ave. Jesus T. Piñero
San Juan, P.R. 00920

Perezj@familyfco.com
(787)925-2334