IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JAIME PEREZ HERNANDEZ

DEBTOR

CASE NO. 18-04368/MCF

CHAPTER 13

### DEBTOR'S NOTICE OF FILING OF
### AMENDED SCHEDULE "D" OFFICIAL FORM 106D

**TO THE HONORABLE COURT:**

**COMES NOW, JAIME PEREZ HERNANDEZ,** the Debtor through his undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting **Amended Schedule "D",** dated September 19, 2018, herewith and attached to this motion.

2. This amendment Schedule "D" is filed for the purpose of **include certain creditor which due to an involuntary omission, was not included in the Debtor's original schedules (Docket No. 1): Schedule "D": AEELA, PO Box 364508, San Juan PR 00936-4508, Account no. xxx-xx-2621, balance $20,791.86.**

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(B)

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SEVICE

I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: the Debtor, Jaime Perez Hernandez, to his address of record: Alturas de Villa de Rey, M6 Calle España, Caguas PR 00727; to the creditor affected by the amendment: *"AEELA", PO Box 364508, San Juan PR 00936-4508*; and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 19th day of September, 2018.

*/s/Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | JAIME | PEREZ | HERNANDEZ |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:18-bk-4368

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| 2.1 AEELA<br>Creditor's Name<br>PO Box 364508<br>San Juan, PR 00936-4508<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**AEELA Deposits and Dividends Account no xxx-xx-2621** | $20,791.86 | $14,826.98 | $5,964.88 |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number 2621

| | | | | |
|---|---|---|---|---|
| 2.2 Anderson Financial Services of PR<br>Creditor's Name<br>DBA Borinquen Title Loans<br>3440 Preston Ridge Rd Ste 500<br>Alpharetta, GA 30005-3823<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**2001 Mercury Grand Marquis VIN no.2MEFM74W01X654231 Mileage 115,690** | $500.00 | $1,890.00 | $0.00 |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Debtor 1 __JAIME PEREZ HERNANDEZ__
       First Name        Middle Name        Last Name

Case number (if know) __3:18-bk-4368__

☐ Check if this claim relates to a community debt
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number __2621__

---

**2.3 Coop A/C Jesus Obrero**
Creditor's Name

Describe the property that secures the claim:    $9,325.00    $500.00    $8,825.00

Cooperativa A/C Jesus Obrero Shares and deposits

HC 1 Box 29030 PMB 159
Caguas, PR 00725-8900
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred __2014-01__    Last 4 digits of account number __0116__

---

**2.4 Coop Caguas**
Creditor's Name

Describe the property that secures the claim:    $2,572.00    $200.00    $2,372.00

Cooperativa A/C Caguas Shares and deposits

PO Box 1252
Caguas, PR 00726-1252
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred __2014-08-14__    Last 4 digits of account number __9768__

---

**2.5 LA FAMILIA**
Creditor's Name

Describe the property that secures the claim:    $500.00    $2,726.00    $0.00

2005 Nissan Sentra
VIN no 3N1CB51D65L509030
Mileage 136,061

URB PARADIS 9 LOPEZ FLORES ST.
CAGUAS, PR 00725
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number __2621__

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 3

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Debtor 1 | JAIME PEREZ HERNANDEZ | | | Case number (if known) | 3:18-bk-4368 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $33,688.86 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $33,688.86 |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this Information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | JAIME | PEREZ | HERNANDEZ |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | 3:18-bk-4368 | | |

■ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ JAIME PEREZ HERNANDEZ            X  _____
   JAIME PEREZ HERNANDEZ                   Signature of Debtor 2
   Signature of Debtor 1

   Date  September 19, 2018                Date

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 18-04368-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Wed Sep 19 09:49:09 AST 2018 | COOP A/C CAGUAS<br>PO BOX 1252<br>CAGUAS, PR 00726-1252 | COOP A/C JESUS OBRERO<br>PMB 159 HC 01 BOX 29030<br>CAGUAS, PR 00726-4900 |
| FFI HOLDINGS PUERTO RICO, INC.<br>1200 JESUS T. PIERO AVE.<br>SAN JUAN, PR 00921-1643 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Anderson Financial Services of PR<br>DBA Borinquen Title Loans<br>3440 Preston Ridge Rd Ste 500<br>Alpharetta, GA 30005-3823 |
| Coop A/C Jesus Obrero<br>HC 1 Box 29030 PMB 159<br>Caguas, PR 00725-8900 | Coop Caguas<br>PO Box 1252<br>Caguas, PR 00726-1252 | DTOP<br>PO Box 41269 Minillas Station<br>San Juan, PR 00940-1269 |
| Departamento de Hacienda<br>Bankruptcy Section<br>235 Ave Arterial Hostos Ste 1504<br>San Juan, PR 00918-1451 | Departamento de Hacienda<br>PO Box 9024140<br>San Juan, PR 00902-4140 | Islandfin<br>PO Box 71504<br>San Juan, PR 00936-8604 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LA FAMILIA<br>URB PARADIS 9 LOPEZ FLORES ST.<br>CAGUAS, PR 00725 | Midland Credit Management, Inc.<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 |
| Midland Fund<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Syncb/Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | JAIME PEREZ HERNANDEZ<br>ALTURAS DE VILLA DEL REY<br>K6 CALLE ESPANA<br>CAGUAS, PR 00727-6747 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | T-Mobile<br>12920 SE 38th St<br>Bellevue, WA 98006-1350 | End of Label Matrix<br>Mailable recipients 23<br>Bypassed recipients 0<br>Total 23 |